884

No. 379. CUNARD STEAM-SHIP Co., LTD., v. JOHN T. CLARK & SON. C. A. 2d Cir. Certiorari denied. *Thomas F. Daly* for petitioner. *William L. F. Gardiner* for respondent.

No. 260. EMPLOYERS LIABILITY ASSURANCE CORP., LTD., v. DONOVAN, DEPUTY COMMISSIONER, ET AL. C. A. 5th Cir. Motion of respondent Billodoux for leave to proceed *in forma pauperis* granted. Certiorari denied. *R. Emmett Kerrigan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *David L. Rose* for Deputy Commissioner Donovan, and *Peter J. Compagno* for Louis Billodoux, respondents.

No. 345. CORLISS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted as to petitioner Corliss. *Herman Alderstein* and *Hayden C. Covington* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 368. AMERICAN MOTOR SPECIALTIES Co., INC., ET AL. v. FEDERAL TRADE COMMISSION. The motion of Mid-South Distributors et al. for leave to defer consideration of the petition is denied. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Meyer Schifrin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Bicks, Charles H. Weston, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent. *David C. Murchison* and *Robert L. Wald* for movants.